UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRIAM CRUZ, individually and on behalf of all others similarly situated,

                                Plaintiffs,

    -against-

COTE IP, LLC.

                                Defendant.
-------------------------------------------------------------X

Case No. 1:23-cv-3222

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: November 28th, 2023

New York, New York

| Mars Khaimov Law, PLLC | Segal McCambridge Singer & Mahoney |
|---|---|
| By: ____/s/ Mars Khaimov____ | By: ____/s/ Ilana S. Hanau____ |
| Mars Khaimov, Esq. | Ilana S. Hanau, Esq. |
| 100 Duffy Avenue, Suite 510 | 777 Third Ave. |
| Hicksville, New York 11801 | Suite 2400 |
| Tel.: 929.324.0717 (direct) | New York, NY 10017 |
| mars@khaimovlaw.com | 212.651.7453 |
| *Attorneys for Plaintiff* | IHanau@smsm.com |
| | *Attorneys for Defendant* |

SO ORDERED: _____/s/_____
U.S.D.J
11/29/23

4895-5040-3388.1